

FILED

07/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0221

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0221

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

GARY WAYNE TEMPLE, JR.,

     Defendant and Appellant..

FILED

JUL 14 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 18, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

DATED this 14th day of July, 2021.

For the Court,

By _____

Chief Justice